**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tampa Brass and Aluminum Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-0944472** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8511 Florida Mining Blvd.**<br>**Tampa, FL 33634**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Tampa Brass and Aluminum Corporation**                                    Case number (*if known*) _____
_____
Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor   **Tampa Brass and Aluminum Corporation**               Case number (*if known*) _____
_____Name_____

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Tampa Brass & Aluminum Corporation**                                    Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1.9.2025**
              MM / DD / YYYY

X _____        **Aubrey C. Greene, II**
Signature of authorized representative of debtor    Printed name

Title  **President**

---

**18. Signature of attorney**

X  **/s/ Scott A. Stichter**                          Date  **1.9.2025**
Signature of attorney for debtor                           MM / DD / YYYY

**Scott A. Stichter**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **(813) 229-0144**      Email address  **sstichter@srbp.com**

**710679 FL**
Bar number and State

A-Fabco, Inc.
P.O. Box 2097
Gibsontob, FL 33534

Accent Tel Usa
PO Box 25203
Tampa, FL 33622

Adecco Employ Srvcs
Dept Ch 14091
Palatine, IL 60055-4091

Adolf'S Pattern Shop, Inc.
24444 MN Hwy 248
Minnesota City, MN 55959

Advance Auto Parts
8317 Rustic Drive
Tampa, FL 33634

Advanced Tooling Inc
940 Harbor Lake Court
Safety Harbor, FL 34695

AFI - Alternatives For Industr
2251 Whitfield Park Ave.
Sarasota, FL 34243

AG Integrity Partners, LLC
337 Denton Ave.
Auburndale, FL 33823

Aggressive Box, Inc.
5444-D Pioneer Park Blvd.
Tampa, FL 33634

Aimpoint Group
PO Box 1586
Pompano Beach, FL 33061-1586

Airgas Dry Ice
N. US Hwy 301, Store Adi116
Tampa, FL 33619

Airgas USA LLC
5249 Tampa West Blvd
Tampa, FL 33634

All Metals & Forge Group
75 Lane Rd

Fairfields, NJ 07004

All World Supply
6164 All World Way
Roscoe, IL 61073

Allied Electronics, Inc.
9600 Koger Blvd. #103
Saint Petersburg, FL 33702

Allium US Holding LLC dba Accuris
321 Inverness Drive South
Englewood, CO 80112

Alro Metals Corporation
10223  Woodberry Rd
Tampa, FL 33619

AM Industrial Mach Merchants
13200 Enterprise Ave
Cleveland, OH 44135

Amazon Hose & Rubber Co.
1103 US 41 North
Tampa, FL 33602

Amazon.Com
P.O. Box 530958
Atlanta, GA 30353-0958

Ametek Drexelbrook
205 Keith Valley Rd.
Horsham, PA 19044

Anchor Benefit Consulting
2400 Maitland Center Pkwy, Ste 111
Maitland, FL 32751-7241

Ashleigh Dyer, Esq.
Baker, Donelson, Bearman
1400 Village Sq. Blvd., #3-152
Tallahassee, FL 32312

Ashley Campbell
7215 Northbridge Blvd
Tampa, FL 33615

ATS Freight
725 Opportunity Dr
St Cloud, MN 56301

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Bajo Cohen Agliano P.A.
606 E Madison St
Tampa, FL 33602

Baycare Urgent Care - DS
Eg0007538 - Attn Occmed Csh Ap
Clearwater, FL 33757

Berg Engineering
3893 Industrial Avenue
Rolling Meadows, IL 60008

Bisco Industries
5065 E Hunter Ave
Anaheim, CA 92807

Blackhawk Industrial
PO Box 650823
Dallas, TX 75265-0823

Breakout Capital, LLC
1451 Dolley Madison Blvd., #200
Mc Lean, VA 22101

Breakout Financial
1775 Tysins Blvd., 5th Floor
Mc Lean, VA 22102

Bren, Inc.
8256 Horton Highway
College Grove, TN 37046

C.M.H Manufacturing Company
1320 Harvard St
Lubbock, TX 79403

Carl Zeiss Industrial Quality Solutions,
6250 Sycamore Lane N
Maple Grove, MN 55369

Centurion Computer Systems
2529 47Th St
Sarasota, FL 34234

Certified Slings, Inc.

6820 Adamo Dr.
Tampa, FL 33619

Chem-Stat Inc.
PO Box 152858
Tampa, FL 33684

Cheryl Clay
13654 Eastfork Ln
Hudson, FL 34669

Christopher M. Leto
4604 Brownwood Court
Tampa, FL 33624

Christopher S. Leto
11309 Carrollwood West Pl
Tampa, FL 33618

Cintas dba Gulfcoast Fire
P.O. Box 636525
Cincinnati, OH 45263-6525

Cliff Berry, Inc Environ. Serv
PO Box 13079
Fort Lauderdale, FL 33316

Coast Heat Treating Co
1767 Industrial Way
Los Angeles, CA 90023

Colonial Life & Accident
P.O. Box 903
Columbia, SC 29202-0903

Compressed Air Systems,Inc.
9303 Stannum St
Tampa, FL 33619

Concentra
Occupational Health Centers Of SW, P.A.
Atlanta, GA 30354-0549

Conrad Kacsik Instrument Sys
1360 East 45Th Street
Cleveland, OH 44103

Corporation Service Co. as Rep.
P.O. Box 2576
Springfield, IL 62708

Cross Security
401 Corbett St. , #230
Clearwater, FL 33756

Crossroads Steel
336 West Us Hwy 30, #201
Valparasio, IN 46385

Crown Equipment Corp.
4683 Oak Fair Blvd
Tampa, FL 33610

Culligan Water
2703 Airport Rd
Plant City, FL 33563-1129

Data Net Quality Systems
29200 Northwestern Hwy, 3rd Floor
Southfield, MI 48034

Dietert Foundry Testing Equipment
9190 Roselawn
Detroit, MI 48204

DMG Mori Seiki USA, Inc.
Lockbox #773744
Itasca, IL 60143

Doall Florida
P.O. Box 200068
Dallas, TX 75320-0068

Electro Insulation Corp.
3921 Ventura Drive
Arlington Heights, IL 60004

Electrodes, Inc.
13274  92Nd St. N., #202A
Largo, FL 33773

EMJ Metals
PO Box 8538-619
Philadelphia, PA 19171-0619

Empire Die Casting Co
635  East Highland Rd.
Macedonia, OH 44056

Engs Commercial Finance Co.

P.O. Box 128
Itasca, IL 60143-0128

Epsilon Technology Corp.
3975 S. Hwy 89
Jackson, WY 83001

Estes Express Lines
PO Box 105160
Atlanta, GA 30348-5150

Examinetics
P,O.Box 410047
Kansas City, MO 64141-0047

Extreme Coatings
2895 46Th Avenue North
Saint Petersburg, FL 33714

Fabriclean Supply
6401 Badger D., #200
Tampa, FL 33610

Federal Metal Company
7250 Division Street
Bedford, OH 44146

Fedex
P O Box 1140
Memphis, TN 38101

Ferguson Enterprise
P.O. Box 100286
Atlanta, GA 30384

Fintec
PO Box 668
Piedmont, SC 29673

First Florida Integrity Bank
3560 Kraft Rd.
Naples, FL 34105

First Foundation Bank
18101 Von Karmen Ave., #750
Irvine, CA 92612

Florida First Capital Finance Corp.
P.O. Box 4166
Tallahassee, FL 32315-4166

Fluid Metering, Inc.
5 Aerial Way, Ste 500
Syosset, NY 11791

Frank Bacon Machinery Sales Co.
21251 Ryan Road
Warren, MI 48091

Freightquote
PO Box 9121
Minneapolis, MN 55480

Fuchs Lubricants Co
PO Box 71735
Chicago, IL 60694

Fujifilm North America Corp
850 Central Ave.
Hanover Park, IL 60133

Garcia, Abraham
2555 Martha Lane
Land O Lakes, FL 34639

Gordon G - Integrated E-Systems, LLC
4509 Granite Hill Drive
Davidson, NC 28036

Gosiger Inc
PO Box 712288
Cincinnati, OH 45271

Grainger, W.W.
1820 Tampa East Blvd
Tampa, FL 33619

Gudgeon Thermfire Int. Inc.
420 Neptune Cre.
London ON  N6M 1A1
CANADA

Gunster, Yoakley & Stewart, P.
401 East Jackson S., Ste 2500
Tampa, FL 33602

H & E Equipment Services
6227 E Adamo Dr
Tampa, FL 33619

Hadco Metal Trading Co.
P.O. Box 17369
Clearwater, FL 33762

Hardware Specialty
48 - 75 36Th Street
Long Island City, NY 11101

Hernon Manufacturing, Inc.
121 Tech Drive
Sandford, FL 32771

Herschal Products
3778 Timberlake Drive
Richfield, OH 44286

Hexagon Manuf. Fka DP Technology Corp.
Lock Box # 771726
Chicago, IL 60677-1007

Highland Capital Corporation
5 Center Ave.
Little Falls, NJ 07424

Highland Capital Corporation
P.O. Box 51045
Newark, NJ 07101-5145

Hillsborough County Sewer - B.O.C.C.
10061 E. Adamo Drive
Tampa, FL 33619

Hillsborough County Tax Collector
2506 N. Falkenburg Rd.
Tampa, FL 33619-0917

Hoffman Foundry Service, Inc.
PO Box 147
Pelham, AL 35124

Homesite Insurance Co
PO Box 912470
Denver, CO 80291

Hometrust Bank
17065 Nat Bynum Lane
Cornelius, NC 28031

Hoosier Pattern Inc
906 N 10Th St

Decatur, IN 46733

Huntington Bank
11100 Wayzata Blvd, Ste 700
Hopkins, MN 55305

Hydradyne Hydraulics
PO Box 974799
Dallas, TX 75397-4799

Hydroknife
6315 Anderson Road
Tampa, FL 33634

I. Schumann & Company
22500 Alexander Rd
Bedford, OH 44146

Ideagen Gael Ltd
Ergo House/Mere Way
Ruddington Fields
Nottinghamshire  UK NG11 6JS

Induction Technology Corporation
22060 Bear Valley Road
Apple Valley, CA 92308

Instron
825 University Ave
Norwood, MA 02062

Integrated Employer Resources
401 E. Jackson St   Suite 2500
Tampa, FL 33602

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

J.O. King, Inc.
PO Box 1088
Alpharetta, GA 30009

Jade-Sterling Steel Co., Inc.
26400 Richmond Rd
Bedford, OH 44146

Javier Gonzalez
6311 Whiteway Drive
Temple Terrace, FL 33617

Jerome Hodges
18406 Sand Pine Drive
Spring Hill, FL 34610

John Harris II
665 Belleview Ave.
Newport, RI 02840

John Hernandez
4310 W. North B St.  Apt 25
Tampa, FL 33609

Johnson, Pope, Boker, Ruppel, & Burns, L
PO Box 26704
Tampa, FL 33623

Julie Leto - Klapka
11720 Palmer Drive
Tampa, FL 33624

Kathy Driggers
9146 Berkshire Lane
Tampa, FL 33635

Kirk Harvey

Konecranes Inc.
7060 103Rd S., Ste 123
Jacksonville, FL 32210-9327

L. H. Marshall Company
1601 Woodland Ave
Columbus, OH 43219

Laempereich
PO Box 218
Trussville, AL 35173

Lexon, Inc
8426 Sunstate St
Tampa, FL 33634

LGC Armi
PO Box 360638
Pittsburgh, PA 15251-6638

Lowe's
6275 W. Waters
Tampa, FL 33634

McMaster Carr
P.O. Box 7690
Chicago, IL 60680-7690

McNeil Sales And Services
15 Marlen Dr
Robbinsville, NJ 08691-1604

McNichols Co
2502 N Rocky Point Dr., #750
Tampa, FL 33607-1453

MI Conveyance Solutions
5252 E Shadowlawn Ave
Tampa, FL 33610

Midland Equipment Finance/ENGS
PO Box 24245
Seattle, WA 98124-0245

Mike Nichols
165 Lake Tarpon Drive
Palm Harbor, FL 34684

Milner, Inc.
PO Box 923197
Norcross, GA 30010-3197

Milward Alloys, Inc.
500 Mill St.
Lockport, NY 14094

Motion Industries
1753 South County Line Rd
Plant City, FL 33566

MS Companies
550 Congressional Blvd. Suite 230
Carmel, IN 46032

MSC Industrial Supply Co.
2186 Drew St
Clearwater, FL 33765

MSI Viking Gage
321 Tacapau Rd
PO Box 53
Duncan, SC 29334

Mt. Beirstadt Capital, LLC
aka Legacy Capital
1798 Platte St
Denver, CO 80202

MTD CNC Solutions Inc.
7061  61St Street North
Pinellas Park, FL 33781

Murphy, Doug
9105 Crabtree Ln
New Port Richey, FL 34668

National Metal Stampings, Inc.
42110  8Th Street East
Lancaster, CA 93535

NDE, Incorporated
5218 Cone Road
Tampa, FL 33610

Neuco Distributors
1214 Hwy 17 North
Bostwick, FL 32007

Newco-South Carolina
121 Aberdeen Dr
Florence, SC 29501

Novacast Solutions Usa
1952 Mcdowell Rd   Suite 110
Naperville, IL 60563

NSF International Strategic Registration
PO Box 77000
Dept Lockbox #771380
Detroit, MI 48277-1380

One Source Pest Control
4318 Woodside Manor Dr
Tampa, FL 33624

Onward Freight Solutions
PO Box 33080
Lakeland, FL 33807-3080

Osborn, LLC
3440 Symmes Road
Hamilton, OH 45015

Padgett Swann Machinery
5128  36Th Ave. South
Tampa, FL 33619

Palmer Manufacturing & Supply
18 Bechtle Ave
Springfield, OH 45504

People 2.0 Global Inc
PO Box 536853
Atlanta, GA 30353

Perry Supply, Inc.
P O Box 1237
Birmingham, AL 352021

Photo Chemical Systems Inc
PO Box 856
Knightdale, NC 27545

Porter Warner Birmingham, Inc.
270 Center St North
Birmingham, AL 35204

Pravin Patel
4219 River Hawk Dr
Loves Park, IL 61111

Product Development & Analysis
1776 Legacy Circle, Suite# 115
Naperville, IL 60563

Professional Systems & Supply
12180 28Th. Street North
Saint Petersburg, FL 33716

PSB Credit Services, Inc.
PO Box 38
508 Third St.
Prinsburg, MN 56281-0038

Q-Mark Mfg Inc
30051 Comercio
Rancho Santa Margari, CA 92688

QC Laboratories, Inc.
2870 Stirling Rd
Hollywood, FL 33020

R.S. Hughes

3320 Vineland Rd., Ste C
Orlando, FL 32811

Radwell International, Inc.
111 Mount Holly Bypass
Lumberton, NJ 08048

Raymond T. Hyer
750 Gulf Blvd.
Belleair Beach, FL 33786

Rexel
5202 Tampa West Blvd.
Tampa, FL 33634

Richard Hornby, Esq.
Chiesa Shahinian & Giantomasi
105 Eisenhower Pkwy.
Roseland, NJ 07068

Ricoh Document Products
PO Box 105743
Atlanta, GA 30348-5743

Rivero, Gordimer, & Co., P.A.
201 N Franklin St   Suite 2200
Tampa, FL 33602

Roberts Sinto
150 Orchard Street
Grand Ledge, MI 48837

Rocha Controls
5025 Rio Vista Ave.
Tampa, FL 33634

Roloff Manufacturing Corp
400 Gertrude St.
Kaukauna, WI 54130

RS America
2180 W State Road 434
Ste 1170
Longwood, FL 327795008

Safety-Kleen Systems, Inc.
5309, 24Th Ave S.
Tampa, FL 33619

Sam's Club

P.O. Box 530981
Atlanta, GA 30353-0981

Schafer & Weiner, PLLC
40950 Woodward Ave    Ste 100
Bloomfield Hills, MI 48304

Schifano, Duane
5800 Scenic Bay Ct.
Arlington, TX 76013

Searson Jones Gottschalk Cash
21 Battery Park Ave., Ste 205
Asheville, NC 28801

Sergio Santiago
14635 Dunrobin Drive
Wimauma, FL 33598

Sharx, LLC
600 Mason Ridge Cetner Dr
Floor 2
Saint Louis, MO 63141

Shells, Inc.
502 Old Us Hwy 30 East
Bourbon, IN 46504

Sherman Components, LLC
611 S. 8Th Street            Suite 905
Dundee, IL 60118-9998

Shoptech/ECI Industrial Software
PO Box 411110
Boston, MA 02241-1110

Simpson Technologies Corp
39618 Treasury Center
Chicago, IL 60694-9600

Smart Pallets USA
4512  66Th St. South
Tampa, FL 33619

SOS Automotive
5512 W Waters Ave
Tampa, FL 33634

Specialty Foundry Products
1130 Raimund Muscoda Road

Bessemer, AL 35020

Standard Sand & Silica Co
Hwy 17-92 North
Davenport, FL 33837

Stellar Industrial Supply
P.O. Box 741284
Los Angeles, CA 90074-1284

Steve Giocondo
6805 Lockington Court
Tampa, FL 33625

Sun-Glo Machining & Metal Finishing
14493  62Nd St. North
Clearwater, FL 33760

Superior Die Cast, LLC
1020 S. Bolton St
PO Box 215
Jacksonville, TX 75766

Supplyone Tampa Bay Inc
13200 40Th Street North
Clearwater, FL 33762

Supreme Cores, Inc.
5737 W. Mill Road
Milwaukee, WI 53218

Surface Engineering & Alloy Co
2895  46Th Avenue North
Saint Petersburg, FL 33714

Sweco, Business Unit Of M-I LLC
8029 Dixie Highway
Florence, KY 41042

Swiss Precision Machining, Inc
634 Glenn Avenue
Wheeling, IL 60090

Tampa Electric Co.
PO Box 31318
Tampa, FL 33631

Test Equipment Distributors
1730 Piedmont St
Troy, MI 48083

TForce Freight
28013 Network Pl
Chicago, IL 60673

Thermal Spray Depot
600 Airport Rd., Suite 201
Washington, PA 15301

Tinker Omega Mfg LLC
2424 Columbus Ave
Springfield, OH 45503

Todd Cooper
6333 Tralee Avenue
New Port Richey, FL 34653

Transamerica Life Insurance Company
PO Box 653009
Dallas, TX 75265-3009

Transystems
PO Box 876
Davenport, FL 33836

Travelers Cl Remittance Center
PO Box 660317
Dallas, TX 75266

Treyefecta Vision
14901 N Dale Mabry Hwy
Tampa, FL 33618

Tri County Hauling & Demolition
4006 W Crest Ave
Tampa, FL 33614

Trialco Aluminum LLC
2722 Paysphere Circle
Chicago, IL 60674

Trident Se (223)
PO Box 851342
Minneapolis, MN 55485-1342

U.S. Attorney
Attn: Civil Process Clerk
400 N. Tampa St., #3200
Tampa, FL 33602

U.S. Bank
P.O. Box 790448
San Jose, CA 95124-0245

U.S. Small Business Administration
2 North 20th St., #320
Birmingham, AL 35203

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Ultimate 3D Printing Store
1851 Gunn Hwy
Odessa, FL 33556

Uni-Cast
PO Box 88741
Chicago, IL 60680-1741

Unishippers Tam
11 Industrial Drive
Londonderry, NH 03053

United Electric Motor
905 E Ida Street
Tampa, FL 33603

United Healthcare
Uhs Premium Billing - 0917239
Palatine, IL 60094-4017

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Vanguard Enviromental, Inc.
4800 W Quincy St., Ste 101
Broken Arrow, OK 74012

Vestis Fka Aramark Uniform Services
2817 N. 35Th St.
Tampa, FL 33605

Virginia Ochoa
2418 Mirador Ln Apt 105
Zephyrhills, FL 33544

Vital Records Control Fka Archive
Dept 5874   PO Box 11407

Birmingham, AL 35246-5874

Wall Colmonoy
16464 Collections Center Drive
Chicago, IL 60693

Waste Management Inc. Of Fl
P.O. Box 4648
Carol Stream, IL 60197-4648

Westport Corp.
510 Montauk Hwy
West Islip, NY 11795

Westrock (CFB)
5111 N 26Th Street
Tampa, FL 33610

Workzone, LLC
2950 Lake Emma Road
Lake Mary, FL 32746

Worldwide Express
PO Box 733360
Dallas, TX 75373

Yordanis Gonzalez
4916 Halifax Drive
Tampa, FL 33615

Zach Hodges
5004 Muir Way
Lithia, FL 33547

Zoro.Com
PO Box 5233
Janesville, WI 53547-5233