| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tampa Brass and Aluminum Corporation |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Harris II<br>665 Belleview Ave.<br>Newport, RI 02840 | | | | | | $1,939,545.33 |
| Schifano, Duane<br>5800 Scenic Bay Ct.<br>Arlington, TX 76013 | | | | | | $329,496.67 |
| Surface Engineering & Alloy Co<br>2895  46Th Avenue North<br>Saint Petersburg, FL 33714 | | | | | | $315,386.25 |
| Federal Metal Company<br>7250 Division Street<br>Bedford, OH 44146 | | | | | | $184,627.22 |
| Trialco Aluminum LLC<br>2722 Paysphere Circle<br>Chicago, IL 60674 | | | | | | $182,356.66 |
| I. Schumann & Company<br>22500 Alexander Rd<br>Bedford, OH 44146 | | | | | | $166,037.87 |
| AFI - Alternatives For Industr<br>2251 Whitfield Park Ave.<br>Sarasota, FL 34243 | | | | | | $136,935.32 |
| IPFS Corporation<br>P.O. Box 730223<br>Dallas, TX 75373-0223 | | | | | | $108,071.04 |
| Uni-Cast<br>PO Box 88741<br>Chicago, IL 60680-1741 | | | | | | $97,002.00 |
| Sun-Glo Machining & Metal Finishing<br>14493  62Nd St. North<br>Clearwater, FL 33760 | | | | | | $79,939.50 |
| All Metals & Forge Group<br>75 Lane Rd<br>Fairfields, NJ 07004 | | | | | | $70,000.00 |

Debtor **Tampa Brass and Aluminum Corporation**　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Empire Die Casting Co**<br>**635 East Highland Rd.**<br>**Macedonia, OH 44056** | | | | | | $66,931.80 |
| **DMG Mori Seiki USA, Inc.**<br>**Lockbox #773744**<br>**Itasca, IL 60143** | | | | | | $62,204.86 |
| **Superior Die Cast, LLC**<br>**1020 S. Bolton St**<br>**PO Box 215**<br>**Jacksonville, TX 75766** | | | | | | $60,190.00 |
| **Tampa Electric Co.**<br>**PO Box 31318**<br>**Tampa, FL 33631** | | | | | | $60,158.45 |
| **Hoosier Pattern Inc**<br>**906 N 10Th St**<br>**Decatur, IN 46733** | | | | | | $58,330.00 |
| **Travelers CI Remittance Center**<br>**PO Box 660317**<br>**Dallas, TX 75266** | | | | | | $58,277.45 |
| **MSC Industrial Supply Co.**<br>**2186 Drew St**<br>**Clearwater, FL 33765** | | | | | | $49,793.34 |
| **National Metal Stampings, Inc.**<br>**42110 8Th Street East**<br>**Lancaster, CA 93535** | | | | | | $48,557.52 |
| **Anchor Benefit Consulting**<br>**2400 Maitland Center Pkwy, Ste 111**<br>**Maitland, FL 32751-7241** | | | | | | $45,059.06 |

| Fill in this information to identify the case: |
|---|
| Debtor name   **Tampa Brass & Aluminum Corporation** |
| United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/9/25        X _____
                                 Signature of individual signing on behalf of debtor

                                 **Aubrey C. Greene, II**
                                 Printed name

                                 **President**
                                 Position or relationship to debtor