# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re: **Tampa Brass and Aluminum Corporation**, Debtor(s)

Case No.: 
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AG Integrity Partners, LLC**<br>337 Denton Ave.<br>Auburndale, FL 33823 | | **51%** | |
| **Raymond T. Hyer**<br>750 Gulf Blvd.<br>Belleair Beach, FL 33786 | | **49%** | |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **Tampa Brass & Aluminum Corporation**                               Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  11/9/25                                  Signature _____
                                                              Aubrey C. Greene, II

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)