# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **Tampa Brass and Aluminum Corporation**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tampa Brass and Aluminum Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AG Integrity Partners, LLC**
**337 Denton Ave.**
**Auburndale, FL 33823**

☐ None [*Check if applicable*]

**January  9, 2025**

Date

**/s/ Scott A. Stichter**

**Scott A. Stichter**

Signature of Attorney or Litigant

Counsel for   **Tampa Brass and Aluminum Corporation**

**Stichter, Riedel, Blain & Postler, P.A.**
**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
**(813) 229-0144 Fax:(813) 229-1811**
**sstichter@srbp.com**