UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISIÓN
www.flmb.uscourts.gov

In re:                                          Chapter 11

TAMPA BRASS AND ALUMINUM,                        Case No. 8:25-bk-00105-RCT
CORPORATION,

     Debtor.
_____/

## DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY

TAMPA BRASS AND ALUMINUM CORPORATION (the "**Debtor**" or "**Tampa Brass**"), pursuant to Local Rule 2081-1, files its Chapter 11 Case Management Summary (the "**Summary**"). For the Summary, the Debtor states the following:

### I.    Description of Debtor's Business

The Debtor is a Florida corporation formed in June of 1957.  The Debtor has been identified as "Mission Critical" to our national defense and through the bankruptcy filing, aims to overcome its current challenges, restore its financial health, and solidify its position as a trusted partner in high-demand markets. The Debtor remains committed to supporting its workforce, stakeholders, and national defense efforts as it embarks on this recovery journey.

### II.    Location of Debtor's Operations and Whether Leased or Owned

The Debtor operates from a leased location that it once owned at 8511 Florida Mining Boulevard, Tampa, Florida.

### III.    Reasons for Filing Chapter 11

The Debtor began as a three-man foundry in 1957. Sam Leto Sr., a first generation American of Italian immigrant parents; his 19-year-old son, Sam Jr.; and an uncle leased a small

building and began pouring metal castings for the shipping and phosphate industry in the Tampa area. Between the three, they made the molds, poured the metal, dumped the molds, finished the cast pieces, then packed and delivered them to the customer. Their first casting was for the World War II Liberty ship.

Within fifteen years, the business grew to approximately twenty employees and their customers wanted more- they wanted the castings machined by the same business who cast them. This led to the Debtor adding machining centers to become one of the first value-added casting producers in the state. The values of respect, honesty, integrity, and fairness were instilled from the inception of the company's business. These values, along with a commitment to quality, delivery, and impeccable service, resulted in rapid growth in the operation. In 1980, the machine shop relocated to a larger building where the Debtor operates today.

Around 1985, the Debtor became aware that the US government and top prime contractors such as Raytheon, McDonnell-Douglas and Lockheed Martin were seeking quality minority suppliers of castings and machining. By this time, Sam Jr., whose mother was Cuban American, was running the business. He recognized the opportunities his Hispanic descent would lend him and planned for increased business. The Debtor built a new facility for the foundry on the acreage adjacent to the new machine shop. The result is a 80,000 square foot facility on five acres of land, where the Debtor still operates.

The Leto family, which added a third generation to its management team, in 1984 when Sam Jr.'s son, Chris, came on board with a Bachelor of Science in Mechanical Engineering, followed by his brothers, Tim (finance) and Jason (operations) shortly thereafter. Tampa Brass and the Leto family have been committed to giving time and talents to the community, including

2

helping to begin a golf charity event that has since raised over $1,000,000 for Boys and Girls Club, Spinal Muscular Atrophy and Children's Hospital.

In 2002, the Debtor also capitalized on its reputation and vision and became involved with Raytheon and the Department of Defense's Mentor-Protege Program. In addition, Tampa Brass was awarded U.S. Small Business of the Year for the State of Florida in 2000 and 2007 and numerous achievement awards from Raytheon, including the coveted Nunn-Perry.

The Debtor offers complete to print, cast-machined parts, including providing finishing and mechanical assembly for all metal working industries, primarily commercial and defense. The Debtor became a trusted supplier/partner, providing parts and supporting defense programs such as Hawk, Patriot, AMRAAM, Sidewinder, Tactical Tomahawk, Maverick Missiles, AMDR Radar, Armoured Tank components, Various Radars, Communication Systems, Power Breaker Units, Electrical Switches, Submarine and Destroyer components, Mine Detector and Minehunter components.

Starting in May 2010, the Debtor embarked on a new project: manufacturing pump and flow parts for the oil and gas industry. The Debtor purchased the equipment and designed systems to not only produce parts rapidly for the burgeoning fracking business, including developing a thermal spray department. Through 2024, the Debtor delivered and installed over 500,000 parts in fracking system around the globe. The Debtor has become one of the premier manufacturers of the Plungers and Pony Rods.

In 2016, the Debtor once again opened a new revenue stream by partnering with our allies in Israel to build critical components for their TROPHY and Spice missile programs. This relationship continues to this day. Additionally, the Debtor expanded its Non-Destructive Testing (NOT) facility to include an NDT Level 3.

4931-0760-0141, v. 4

Tampa Brass' journey, from its establishment in 1957 as a three-man foundry to becoming a trusted partner in the defense, aerospace, and energy industries, has been one of resilience and innovation. Despite its legacy of success and community engagement, the Debtor has faced unprecedented challenges in recent years that necessitated the Chapter 11 filing.

1.    **Impact of COVID-19 Pandemic**:  The pandemic caused significant disruptions to Tampa Brass' workforce and supply chain, leading to delays in production, increased costs, and reduced revenues. As a mission-critical supplier to the Department of Defense ("**DOD**") and other high-stakes industries, Tampa Brass struggled to maintain the necessary operational capacity to meet demand while ensuring the safety of its employees.

2.    **Missile Defense Contracts and Workforce Strain**:  To compound the financial struggles of the pandemic, Tampa Brass faced challenges fulfilling three large missile defense contracts. The Debtor was unable to support these contracts due to a scarcity of highly skilled engineering, quality assurance, and technical compliance professionals, which are critical for meeting the stringent standards of missile defense programs. Additionally, an already strained supply chain exacerbated delays and compliance hurdles, further impacting Tampa Brass' ability to execute these critical defense projects.

3.    **Supply Chain and Material Costs**:  Global supply chain issues, including the rising costs of raw materials and disruptions in procurement, strained Tampa Brass' cash flow. The company relies on specialized materials for its precision-engineered solutions, and these challenges created delays in meeting customer expectations and fulfilling contracts, including those in the defense sector.

4.    **Industry-Specific Challenges**:  The United States foundry and machining sectors have experienced a significant decline in capacity, impacting the ability of companies like Tampa

4

Brass to scale operations effectively. The Debtor's involvement in critical defense programs, such as the Naval Submarine Industrial Base, highlighted the shortage of U.S.-based foundry resources, placing additional pressure on Tampa Brass to modernize and expand its capabilities.

5.      **Financial Obligations and Capital Constraints**:  The Debtor's high debt levels, including secured obligations to First Florida Integrity Bank and Regions Bank, coupled with trade payables and equipment financing, have hindered Tampa Brass' ability to allocate resources toward growth and innovation. This debt burden, combined with negative EBITDA of approximately $7.05 million as of December 31, 2024, has necessitated restructuring to ensure long-term sustainability.

6.      **Strategic Ownership Transition**:  In November 2024, the Leto family made a strategic decision to transfer ownership to AG Integrity Partners, LLC, a firm with expertise in professional leadership, advanced technologies, and defense-related capabilities. While this transition brings a renewed focus on growth and modernization, the Debtor requires Chapter 11 protections to stabilize its financial foundation and implement its recovery strategies.

7.      **Commitment to National Security and Innovation**:  Tampa Brass plays a mission-critical role in supporting the defense and aerospace industries.  The Debtor's participation in programs like the DOD's Mentor-Protégé initiative, highlight its strategic importance in delivering quality, U.S.-manufactured components for military applications. The Debtor's restructuring will enable it to secure additional funding, invest in advanced manufacturing capabilities, and continue its contributions to national security and economic development.

8.      **Strategic Recovery and Vision:**  The Chapter 11 filing is not merely a response to financial challenges but also an opportunity for Tampa Brass to emerge stronger. The Debtor's goals include:

4931-0760-0141, v. 4

- **Debt Restructuring**: Refinancing high-interest obligations to improve cash flow and reduce servicing costs by 20-30%.

- **Operational Improvements**: Implementing lean manufacturing practices and addressing inefficiencies to achieve $8.5 million in annual cost savings.

- **Market Expansion**: Targeting high-growth sectors such as DOD with a focus on the US Navy, Liquid Natural Gas infrastructure, renewable energy, and automotive electrification to diversify revenue streams.

Through these measures, Tampa Brass has been identified as "Mission Critical" to our national defense, aims to overcome its current challenges, restore its financial health, and solidify its position as a trusted partner in high-demand markets. The Debtor remains committed to supporting its workforce, stakeholders, and national defense efforts as it embarks on this recovery journey.

The Debtor filed its bankruptcy case in order to preserve the going concern value of its assets and to restructure its obligations.

## IV.    List of Officers and Directors Including Salaries and Benefits at the Time of Filing and During 1 Year Prior to Filing

The Debtor's shareholders are AG Integrity Partners, LLC, and Raymond Hyer. The Debtor's officers are:  Aubrey Greene, President; Chris Leto, VP of Sales & Business Development; Tim Leto, VP of Finance; and Jason Leto, VP of Operations. Mr. Greene, the only affiliated officer, is not paid a salary. The other officers were paid the following salaries during the prior twelve months:  (i) Chris Leto, $194,572.00; (ii)  Tim Leto, $194,572.00; and (iii)  Jason Leto, $194,572.00.  Sam Leto, Jr. is paid as an independent contractor.

4931-0760-0141, v. 4

**V.     Debtor' Annual Gross Revenues**

The Debtor's gross revenues for the year ending December 31, 2024, were $10,199,000.00.

**VI.     Amounts Owed to Various Classes of Creditors**

The Debtor owes First Florida Integrity Bank ("**First Florida**") approximately $5,625,000 under an asset-based financing facility.   First Florida asserts a first priority, blanket lien on substantially all of the Debtor's assets.   Regions Bank ("**Regions**") is owed approximately $1,500,000 under an equipment loan.   Regions and First Florida entered into an intercreditor agreement which provides that Regions has a first lien on equipment.

The Debtor owes amounts to the following secured creditors that assert purchase money security interests in equipment:   HomeTrust Bank (owed approximately $310,000 secured by a lathe and band saw); ENGS Capital (owed approximately $139,000 secured by various pieces of equipment, and Highland Capital (owed approximately $20,000 secured by a Robodrill).

The Debtor has two liens with the United States of America Small Business Administration in the approximate amounts of $1,250,000 and $2,000,000, which it asserts are secured by junior liens.   The Debtor borrowed money under a merchant cash advance loan from Breakout Capital, LLC ("**Breakout Capital**"), which asserts a lien on accounts receivable.   Corporation Service Company has filed a financing statement in a representation capacity which is assumed to have been filed on behalf of Breakout Capital.   The liens of the SBA and Breakout Capital are junior to the liens of other creditors.

The Debtor owes tangible personal property taxes in the approximate amount of $67,000.

The Debtor has outstanding trade payables of approximately $4,000,000.   The Debtor owes approximately $1,500,000 under an unsecured note and accrued payroll payables of approximately $120,000.

4931-0760-0141, v. 4

**VII.**  **General Description and Approximate Value of Debtor' Current Fixed Assets**

The Debtor's primary assets consist of equipment, accounts receivable, and inventory.  The Debtor has significant foundry equipment and plant equipment which has a book value of $5,789,185.00.  The Debtor has inventory, raw materials, and work in process of approximately $2,200,000.00.  The Debtor has outstanding accounts receivable of approximately $400,000.

**VIII.**  **Number of Employees and Amounts of Wages Owed as of Petition Date**

As of the Petition Date, the Debtor employed eighty (80) people.  The weekly payroll is approximately $92,000.  The amount of wages owed to the payroll company as of the Petition Date is approximately $92,000 and the amount of wages owed to employees is approximately $68,000.

**IX.**  **Status of Debtor' Payroll and Sales Tax Obligations**

Except as set forth above, as of the Petition Date, the Debtor was current on its prepetition payroll and sales tax obligations.  The Debtor had accrued payroll expenses for health/dental/vision (approximately $93,000) and holiday savings club (approximately $30,000).

**X.**  **Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date**

The Debtor intends to seek emergent/expedited relief on the following issues:

1.  Motion to pay prepetition wages;

2.  Motion to use cash collateral.

**XI.**  **Debtor' Strategic Objectives**.

The Debtor filed the instant case to utilize the bankruptcy filing to restructure its debts.

4931-0760-0141, v. 4

WHEREFORE, the Debtor respectfully submits the foregoing as its Case Management Summary.

/s/ Scott A. Stichter
Scott A. Stichter (FBN 710679)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Case Management Summary* has been furnished on this 14th day of January, 2025, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing.

/s/ Scott A. Stichter
Scott A. Stichter

9

4931-0760-0141, v. 4