ORDERED.

**Dated: November 19, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

TAMPA BRASS AND ALUMINUM CORPORATION,

Debtor.
__________________________________/

Case No. 8:25-bk-00105-RCT
Chapter 11

**ORDER SUSTAINING IN PART PLAN ADMINISTRATOR'S AMENDED FIRST OMNIBUS OBJECTION TO PROOF OF CLAIM NO. 63 OF FLORIDA DEPARTMENT OF REVENUE, PROOF OF CLAIM NO. 49 OF INTERNAL REVENUE SERVICE, AND PROOF OF CLAIM NO. 19 OF ULINE**
(Doc. No. 355)

THIS CASE came before the Court upon the Plan Administrator's *Amended* First Omnibus Objection to Proof of Claim No. 63 of Florida Department of Revenue, Proof of Claim No. 49 of Internal Revenue Service, and Proof of Claim No. 19 of Uline (the "Objection") (Doc. No. 355) filed on October 8, 2026, by Andrea Bauman, in her capacity as Plan Administrator for Tampa Brass and Aluminum Corp. (the "Plan Administrator"). The Objection was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their

opportunity to respond within 30 days of the date of service. The Florida Department of Revenue ("**DOR**") and Uline, Inc. ("**Uline**") did not file a response within the time permitted and, as a result, the Court considers the objections to the claims of the DOR and Uline to be unopposed. Accordingly, it is

**ORDERED** that the Objection is **SUSTAINED IN PART** as follows:

1. Claim 19 of Uline is **DISALLOWED IN PART** with respect to Uline's priority claim in the amount of $229.21.

2. Claim 63 of the DOR is **DISALLOWED** in its entirety.

3. This Order is without prejudice to the rights of the parties with respect to Proof of Claim No. 49 of the Internal Revenue Service ("**Claim No. 49**"). A hearing on the Plan Administrator's objection to Claim No. 49 is currently scheduled for November 19, 2026 at 9:30 a.m.

4. The Court reserves jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

****

Attorney Erik Johanson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of this order.